**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

Armando **CARDON–CORTEZ,** a.k.a. **Vatto, George Arman Salmoran–Calderon,** a.k.a. **Francisco Corboso,** a.k.a. **Casper,** a.k.a. **George Salmoram–Calderon, Jorge Gomez–Montes,** a.k.a. **George Gomez–Montes,** a.k.a. **Raphael Hernandez, Defendants–Appellants.**

No. 08–13088
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 27, 2009.

George F. Murphy, Valparaiso, FL, Kenneth R. Ridlehoover, Eddins & Ridle-

hoover, Pensacola, FL, for Defendants–Appellants.

Before CARNES, BARKETT and FAY, Circuit Judges.

PER CURIAM:

George F. Murphy, Kenneth R. Ridlehoover, and Spiro T. Kypreos, appointed counsel for Armando Cardon–Cortez, George Arman Salmoran–Calderon, and Jorge Gomez–Montes in this direct criminal appeal, have moved to withdraw from further representation and filed briefs pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsels' motions to withdraw are **GRANTED,** and Cardon–Cortez, Salmoran–Calderon, and Gomez–Montes' convictions and sentences are **AFFIRMED.**